# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>NELSON MARTINEZ,<br>Defendant. | CV 20-8853 DSF<br>CR 15-688 DSF<br><br>JUDGMENT |

    The Court having denied Defendant's Motion under 28 U.S.C. § 2255,

    IT IS ORDERED AND ADJUDGED that Defendant's sentence is not vacated, set aside, or corrected.

Date: November 4, 2020

                                                Dale S. Fischer
                                                United States District Judge